

# NUMBER 13-20-00470-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

THANH HUU NGUYEN AND
ANH THI TRAM VO,                                        **Appellants,**

**v.**

JOSHUA KESSLER AND
JESSICA KESSLER                                          **Appellees.**

---

On appeal from the County Court at Law
of Guadalupe County, Texas.

---

# MEMORANDUM OPINION

Before Justices Benavides, Longoria, and Tijerina
Memorandum Opinion by Justice Longoria

This cause is before the Court on appellants' voluntary motion to dismiss and appellees' motion to dismiss for lack of jurisdiction.[1]  Appellees assert the underlying trial court has not disposed of all pending parties and claims.

In terms of appellate jurisdiction, appellate courts only have jurisdiction to review final judgments and certain interlocutory orders identified by statute.  *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).  Because there is no final judgment or order subject to appeal, the notice of appeal is premature.  *See* Tex. R. App. P. 26.1, 27.1(a).

Accordingly, the motions to dismiss are GRANTED and the appeal is DISMISSED FOR WANT OF JURISDICTION.  *See* TEX. R. APP. P. 42.3(a).

NORA L. LONGORIA
Justice

Delivered and filed on the
21st day of January, 2021.

---

[1] This case is before the Court on transfer from the Fourth Court of Appeals in San Antonio, pursuant to docket equalization order Misc. Docket No. 20-9117 issued by the Supreme Court of Texas.